Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-217-328**
**Effective Date of Registration:**
July 16, 2020
**Registration Decision Date:**
September 29, 2020

## Title

**Title of Work:** CactASS tattoo flash

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Cecilia Granata
  **Pseudonym:** Ceci Tattoos
  **Author Created:** 2-D artwork
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709

## Rights and Permissions

**Name:** Cecilia Granata
**Email:** cecilia.granata@gmail.com
**Telephone:** (510)705-3598
**Address:** 1519 Walnut Street
Berkeley, CA 94709 United States


CACTASS
CECI
tattoos

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-217-334**

**Effective Date of Registration:**
July 16, 2020

**Registration Decision Date:**
September 29, 2020

## Title

**Title of Work:** Sexy mushrooms tattoo flash

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 26, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Cecilia Granata
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983

## Copyright Claimant

**Copyright Claimant:** Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709

## Rights and Permissions

**Name:** Cecilia Granata
**Email:** cecilia.granata@gmail.com
**Telephone:** (510)705-3598
**Address:** 1519 Walnut Stree
Berkeley, CA 94709 United States

## Certification


CECILIA
GRANATA

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-217-340**

**Effective Date of Registration:**
July 16, 2020

**Registration Decision Date:**
September 29, 2020

## Title

**Title of Work:** Sexy vegetables tattoo flash

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 08, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Cecilia Granata
  **Pseudonym:** Ceci Tattoos
  **Author Created:** 2-D artwork
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709, United States

## Rights and Permissions

**Name:** Cecilia Granata
**Email:** cecilia.granata@gmail.com
**Telephone:** (510)705-3598
**Address:** 1519 Walnut Street
Brekeley, CA 94709 United States


eat me