Exhibit 1

# 001 EU0D9H1M

1/22/26, 12:08 PM Amazon.com: JPOSTHCZ Cactus Art Plant Poster Canvas Wall Art Aesthetic Decorative Painting Living Room Restaurants, Pool ...

amazon | Search Amazon | EN | Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Buy Again | Audible | Pet Supplies | Gift Cards | Amazon Business | Handmade

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method




Click to see full view

## JPOSTHCZ Cactus Art Plant Poster Canvas Wall Art Aesthetic Decorative Painting Living Room Restaurants, Pool Halls And Hotelsstyle 12x18inch(30x45cm)

Brand: JPOSTHCZ

$14.99

Price History

Coupon price $14.99 Terms

Size: 12x18inch(30x45cm)

- Poster gets 0.8-2.4cm more widely incase to protection The new frameless wall art poster print is made of durable, hardwearing dust and ash resistant canvas to ensure the authentic.
- This poster extraordinary wall decoration will give your room a new look. It is very suitable as a Christmas or birthday gift to family and friends. Add more color to your bedroom with these beautiful wall decorations while showcasing your favorite artists.
- Poster wall display aesthetics can be used in many ways - the traditional way is to stick a poster to your wall in any pattern. <br/>Alternatively, you can hang them from cloth pins on the bed. You can also try attaching it to the wall with a frame of the corresponding size.

prime — Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows. Join Prime

$14.99

FREE delivery Monday, January 26 on orders shipped by Amazon over $35.

Deliver to [redacted] - Change

Only 16 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

1/22/26, 12:09 PM Place Your Order - Amazon Checkout

amazon — Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL 60604-3589, United States

Add delivery instructions

Pickup available nearby

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

**OO, we're giving you Prime free for 30 days**

Try Prime free for 30 days

**Arriving Jan 27, 2026**

If you order in the next 1 hour and 50 minutes



JPOSTHCZ Cactus Art Plant Poster Canvas Wall Art Aesthetic Decorative Painting Living Room Restaurants, Pool Halls And Hotelsstyle 12x18inch(30x45cm)

**$14.99**

Add gift options

Monday, Jan 26 — Fast, FREE Delivery — **FREE Prime Delivery with your free trial of Prime**

Tuesday, Jan 27 — $6.99 - Delivery

Monday, Jan 26 — $9.99 - Delivery

Place your order

**Order total: $23.52**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations OO, you are eligible for 30 days of Prime for $0!**

Try Prime free

# VA 2-217-328



# 002 Caltron Decor Store

1/22/26, 12:00 PM Amazon.com: Kailitry Mushrooms Canvas Painting Abstract Sexy Plant Leg Poster Vintage Art Print Wall Picture Living Room Ho…




1/22/26, 12:01 PM Place Your Order - Amazon Checkout




VA 2-217-334



# 003 chenxingxu

1/22/26, 12:03 PM Amazon.com: Framed Mushroom Butt Poster Canvas Print Art Quirky Vintage Wall Art Painting Pictures Wall Decor Art Print Whi...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method



Click to see full view

Framed Mushroom Butt Poster Canvas Print Art Quirky Vintage Wall Art Painting Pictures Wall Decor Art Print Whimsical Home Decor Living Room Dorm Room Apartment (Black framed,12L X16W)

Brand: Generic

$34.99

Price history

Color: Black framed

Size: 12L"X16W"

- Versatile Wall Art Decor: This framed poster print enhances empty walls with artistic flair, blending seamlessly with modern, retro, vintage, and boho interiors while adding warmth and personality to apartments, homes, and creative spaces
- Premium Poster Print: Printed on thick, fade-resistant canvas with rich colors, this artwork delivers lasting vibrancy. The framed design provides durability and ensures the piece becomes a striking focal point in any room or professional setting
- Framed Wall Art Ready to Hang: Featuring a sturdy frame, this decorative piece is easy to display instantly. Perfect for apartments, studios, reading corners, offices, and gallery wall arrangements, adding charm without requiring additional effort

$34.99

$2.98 delivery February 2 - 11. Details

Or fastest delivery January 27 - 29. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Add to List

1/22/26, 12:03 PM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method

OO, we're giving you Prime free for 30 days

Got fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Try Prime free for 30 days. Cancel anytime.

Arriving Feb 2, 2026 - Feb 11, 2026



Framed Mushroom Butt Poster Canvas Print Art Quirky Vintage Wall Art Painting Pictures Wall Decor Art Print Whimsical Home Decor Living Room Dorm Room Apartment (Black framed,12L X16W)

$34.99

Ships from chenxingxu

Sold by chenxingxu

Gift options not available

Monday, Feb 2 - Wednesday, Feb 11
$2.98 - Delivery

Tuesday, Jan 27 - Thursday, Jan 29
$46.98 - Delivery

Congratulations OO, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

Order total: $41.56

# VA 2-217-334



004 FVDAVGS

1/22/26, 12:06 PM Amazon.com: FVDAVGS Mushroom Short Mid Long Sock Mans Women Warm Lightweight Sock Breathable Stocking Daily Socks...




1/22/26, 12:06 PM Place Your Order - Amazon Checkout




VA 2-217-334



005 theplushpillowcompany







VA 2-217-328



| 006 hippiewitch.shop |
| --- |







VA 2-217-334



## 007 travelfashionhouse

1/22/26, 4:18 PM

Botanical Mushroom Women Tapestry Wall Hang – TRAVEL FASHION HOUSE

TRAVEL FASHION HOUSE





# Botanical Mushroom Women Tapestry Wall Hang

$44.00 USD

Add to cart

Buy with shop

1/22/26, 4:22 PM

Checkout - TRAVEL FASHION HOUSE

TRAVEL FASHION HOUSE

shop

PayPal

OR

**Contact**

[redacted]

Email me with news and offers

**Delivery**

United States

[redacted]

111 W Jackson Blvd

Chicago

Illinois

60604

Shipping method

Economy $4.90

Botanical Mushroom Women Tapestry Wall Hang $44.00

| | |
|---|---|
| Subtotal | $44.00 |
| Shipping | $4.90 |
| **Total** | $48.90 |

**VA 2-217-334**



| 008 dontbeborin |
| --- |







VA 2-217-334



009 marketshirt







VA 2-217-334



010 jendora







VA 2-217-334



011 sunteaherbco







VA 2-217-334



| 012 AlohaDaddy |
| --- |

1/22/26, 1:44 PM White Vintage Series Pockets Shirts - Alohadaddy – AlohaDaddy




1/22/26, 1:50 PM Checkout - AlohaDaddy




VA 2-217-334



013 xzipo




1/22/26, 2:55 PM

xzipo




VA 2-217-334



014 chieftshirt







VA 2-217-334



015 robinplacefabrics







VA 2-217-334



016 urlinen

1/22/26, 3:03 PM Retro Mushroom Art Print T-shirt



Retro Mushroom Art Print T-shirt

$21.99

Color:

Size:

S M L XL

Quantity

1

Add to cart · $21.99

Shipping

1/22/26, 3:10 PM urlinen

URLINEN

Express checkout

PayPal

OR

Contact

[redacted]

Shipping address

United States

[redacted]

Chicago

[redacted]

Shipping method

Payment method

VA 2-217-334



## 017 eooaa

2/19/26, 7:46 PM Retro Sexy Mushroom Beautiful Legs Art Print 100% Cotton Denim Shirt

EOOAA



Retro Sexy Mushroom Beautiful Legs Art Print Denim Shirt

$35.12

Size

S M L XL 2XL 3XL 4XL 5XL

Quantity

- 1 +

Add to cart - $35.12

Buy now

2/19/26, 7:48 PM EooAa

EOOAA

Information > Payment

Express checkout

OR

Contact

Already have an account? Login

Email

[redacted]@gmail.com

Email me with news and offers

[redacted]

Shipping address

Your address will only be used for order delivery.

Country/Region

United States

First Name (optional) [redacted] Last Name

Street address & house number

1111 W 35th St 15TH FLOOR

Apartment, suite, building floor... (optional)

City/Town

Chicago

State

Illinois

ZIP code (optional)

60609-1404

Retro Sexy Mushroom Beautiful Legs Art Print Denim Shirt $35.12

Color: Multicolor

Size: S

Gift Card / Coupon Code Apply

Subtotal $35.12

Shipping

Sales Tax

Total:

VA 2-217-334



018 naturocraftshop







VA 2-217-334



018 hokykm

1/22/26, 1:29 AM

Sexy Radish Tattoo Flash Art Print Casual 100% Cotton Shirt







VA 2-217-340



## 018 lvkoko







VA 2-217-340



| 019 fevmenmall |
| --- |







VA 2-217-340



020 fydude







VA 2-217-340



021 royaura







VA 2-217-340



022 shop.imansss







VA 2-217-340

