**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Cecilia Granata v. The
Partnerships et al.

Case Number: 26-cv-2297

An appearance is hereby filed by the undersigned as attorney for:
urlinen (Def. 16)

Attorney name (type or print):  Michael T. Griggs

Firm:    Boyle Fredrickson, S.C.

Street address:     840 N. Plankinton Ave.

City/State/Zip:    Milwaukee, Wisconsin 53203

Bar ID Number:  IL 6280132
(See item 3 in instructions)

Telephone Number:    414-225-6311

Email Address: mtg@boylefred.com

Are you acting as lead counsel in this case?            x  Yes    ☐  No

Are you a member of the court's general bar?            x  Yes    ☐  No

Are you a member of the court's trial bar?            x  Yes    ☐  No

Are you appearing *pro hac vice*?            ☐  Yes    x  No

If this case reaches trial, will you act as the trial attorney?    x  Yes    ☐  No

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
        If appointed counsel, are you a

        ☐  Federal Defender

        ☐  CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/28/2026

Attorney signature:    S/ Michael T. Griggs
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023