**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

---

**Cecilia Granata,**

        Plaintiff,

        v.

**The Partnerships and**
**Unincorporated Association Identified on**
**Schedule "A"**

        Defendants.

Case No. 1:26-cv-02297

---

### NOTICE OF MOTION TO DISMISS

---

Defendant Magic Matrix Technology, Co. LTD ("Magic Matrix" or "Defendant"), on behalf of Defendant 16 with the alias "urlinen" provides notice that on July 9, 2026, at 9:45 a.m., Defendant, through its counsel, shall appear before the Honorable Manish S. Shah, at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, and present:

*DEFENDANT'S MOTION TO DISMISS.*

Dated: July 2, 2026        s/Michael T. Griggs

        Michael T. Griggs
        BOYLE FREDRICKSON, S.C.
        840 N. Plankinton Ave.
        Milwaukee, WI 53203
        Telephone: 414-225-9755
        Facsimile: 414-225-9753
        ***Attorneys for Defendant 16***