# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Cecilia Granata

                        Plaintiff,

v.

                        Case No.:
                        1:26–cv–02297

                        Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Plaintiff's response to defendant Urlinen's motion to dismiss [31] is due 7/23/26; defendant's reply 8/6/26. Plaintiff is directed to file a status report with its position on the motion for extension of time [20] filed pro se by defendant The Hippie Witch by 7/23/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.