**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CECILIA GRANATA,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-02297

Judge Manish S. Shah

Magistrate Judge Maria Valdez

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT NO. 16'S MOTION TO DISMISS [31]**

I, KEITH A. VOGT, declare as follows:

1.  I am an attorney licensed to practice law in the State of Florida (Bar No. 1036084) and the State of Illinois (Bar No. 6207971), and I am the principal of Keith A. Vogt, PLLC, 1820 NE 163rd Street, Suite 306, North Miami Beach, Florida 33162. I am counsel of record for Plaintiff Cecilia Granata ("Plaintiff") in this action. I make this Declaration in support of Plaintiff's Response in Opposition to Defendant No. 16's Motion to Dismiss [31].

2.  I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to them. The facts stated below are based on my own actions, on documents gathered under my direction and supervision in the course of this litigation, and on records produced to Plaintiff pursuant to this Court's order authorizing expedited discovery [16]. I am familiar with the records described below, which are maintained in the ordinary course of Plaintiff's investigation and prosecution of this matter.

3.  Defendant No. 16 in this action is identified on Schedule "A" by the storefront name "urlinen," which operates the e-commerce website located at urlinen.com. The pending

Motion to Dismiss [31] is filed on behalf of Defendant No. 16 under the corporate name "Magic Matrix Technology Co. LTD."

**The Pre-Suit Test Purchase from urlinen.com**

4. On February 17, 2026, before Plaintiff filed the Complaint in this action on March 2, 2026, an investigator acting at my direction placed an order through Defendant No. 16's storefront at urlinen.com for the product identified as the "Retro Mushroom Art Print T-shirt" (multicolor, size S; Product ID 149-240711-a41-MT00713SM9). The order was accepted, confirmed, shipped, and delivered.

5. The purchase price for the item was $21.99, plus $10.99 in shipping, for a total of $32.98. Payment was made through PayPal using a Wise prepaid VISA card. The transaction was assigned PayPal Transaction ID 9US77414SN7903705 and Invoice ID 1973888-UR00028922.

6. The order was placed for delivery to an address in Chicago, Illinois, 60604, at 111 W. Jackson Blvd. The receipt for the transaction lists the recipient of the delivery as "Burke Michelle." "Burke Michelle" is not a real third-party customer; it is a delivery name used by the investigator for the purpose of the counsel-directed investigative purchase described above. I disclose this so that the Court understands that the purchase was made at the direction of Plaintiff's counsel as part of the investigation of Defendant's infringing conduct.

7. A true and correct copy of the PayPal receipt documenting this transaction is attached to this Declaration as **Exhibit A**. The receipt reflects the carrier tracking number SF6047317550282. The carrier's tracking history for that shipment, a true and correct copy of which is attached to this Declaration as **Exhibit D**, shows that the parcel was picked up

in Shenzhen, China, on March 9, 2026, entered the United States through the Chicago gateway, and was delivered to the Chicago, Illinois, address identified above on March 19, 2026.

**The Seller of Record on the Transaction**

8. The PayPal receipt attached as Exhibit A identifies the seller of record for the urlinen.com transaction as "Winter Sweet Clothing Co., LTD." The receipt lists the seller's contact email as service@zhuoda.work and states that the charge would appear on the payer's card statement under the descriptor "PAYPAL *WINTERSWEETXAZC." As noted in paragraph 3, the Motion to Dismiss [31] is filed under the different corporate name "Magic Matrix Technology Co. LTD."

**The urlinen.com Storefront**

9. On or about the dates reflected in the capture, the investigator, at my direction, captured images of the urlinen.com storefront. The storefront publicly offered the infringing "Retro Mushroom Art Print T-shirt" for sale, listed shipping terms for delivery within the United States and worldwide, and displayed a customer-service contact email of service@urlinen.com. The capture also includes the storefront's checkout pages generated for delivery addresses in several different States; those pages are included to show that the storefront completes checkout for, and offers shipping to, customers throughout the United States, including Illinois. A true and correct copy of the capture of the urlinen.com storefront is attached to this Declaration as **Exhibit B**.

**The Payment-Account Records Produced Under This Court's Order [16]**

10. Pursuant to this Court's order authorizing expedited discovery [16], PayPal produced records for twenty-seven payment accounts associated with the Schedule "A" defendants

in this action. Each account record produced is a separate know-your-customer file that identifies, among other things, the account holder's name, a "Credit Card Statement Name," the email address registered to the account, and the account number. The production also included a mapping that identifies, for each produced account, the selector by which PayPal linked it to other accounts.

11. My review of those records shows that a single natural person, identified in the records as 静唐 (Jing Tang), is the account holder for eleven of the twenty-seven produced payment accounts. Eight of those accounts bear the "Credit Card Statement Name" "MAGICMATRIX" and three bear "WINTERSWEET." Each of the eleven accounts is registered under its own email address following a consistent pattern — the eight MAGICMATRIX accounts under addresses ending in "mg@outlook.com," and the three WINTERSWEET accounts under addresses ending in "ws@outlook.com." In the account-linking mapping PayPal produced, all eleven accounts — together with a further account associated with the domain zhuoda.work — are linked under the common selector service@zhuoda.work, which is the same email address identified as the seller's contact on the urlinen.com test-purchase receipt attached as Exhibit A.

12. The eight "MAGICMATRIX" accounts are associated in the records with the business name 魔力矩阵（深圳）科技有限公司 (Magic Matrix (Shenzhen) Technology Co., Ltd.), which corresponds to the corporate name under which the pending Motion [31] is filed. The three "WINTERSWEET" accounts are associated in the records with the business name 深圳市梅朵电子商务有限公司 (Shenzhen Meiduo E-Commerce Co., Ltd.).

13. The eleven accounts, showing for each the "Credit Card Statement Name," the PayPal account number, the email address registered to the account, and the common selector under which PayPal linked the account, are as follows:

| No. | Statement Name | PayPal Account Number | Account Email | PayPal Linking Selector |
|---|---|---|---|---|
| 1 | MAGICMATRIX | 4814003091086889019 | bellesmg@outlook.com | service@zhuoda.work |
| 2 | MAGICMATRIX | 4829250756890111620 | goodclothmg@outlook.com | service@zhuoda.work |
| 3 | MAGICMATRIX | 5568637679472273369 | mgcloth@outlook.com | service@zhuoda.work |
| 4 | MAGICMATRIX | 5605460382534657183 | happydaymg@outlook.com | service@zhuoda.work |
| 5 | MAGICMATRIX | 5608269407787396845 | fashionsmg@outlook.com | service@zhuoda.work |
| 6 | MAGICMATRIX | 5609145373434819609 | excitedmg@outlook.com | service@zhuoda.work |
| 7 | MAGICMATRIX | 5613148398520340709 | coolwaremg@outlook.com | service@zhuoda.work |
| 8 | MAGICMATRIX | 5619307003249283930 | stylesmg@outlook.com | service@zhuoda.work |
| 9 | WINTERSWEET | 4835570778797577690 | gloriousws@outlook.com | service@zhuoda.work |
| 10 | WINTERSWEET | 5574114702994096685 | beautws@outlook.com | service@zhuoda.work |
| 11 | WINTERSWEET | 5613325641182363494 | flowerws@outlook.com | service@zhuoda.work |

14. A summary table of the eleven accounts described in paragraphs 11 through 13, drawn from the PayPal production, is attached to this Declaration as **Exhibit C**. Because the underlying account-record files produced by PayPal contain personally identifying information, those files are not attached in full; they are available to be lodged with the Court for its review. Exhibit C is a summary of the pertinent information from those records.

## Exhibit List

15. The following exhibits are attached to and made a part of this Declaration:

**Exhibit A** — PayPal receipt documenting the February 17, 2026, test purchase from urlinen.com (Transaction ID 9US77414SN7903705).

**Exhibit B** — Capture of the urlinen.com storefront offering the infringing "Retro Mushroom Art Print T-shirt" for sale.

**Exhibit C** — Summary table of the eleven MAGICMATRIX and WINTERSWEET payment accounts held by 静 唐 (Jing Tang), drawn from the PayPal production made under this Court's order [16].

**Exhibit D** — Carrier tracking history for the shipment (tracking number SF6047317550282), showing delivery to the Chicago, Illinois, address on March 19, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2026.

/s/ Keith A. Vogt
Keith A. Vogt

# EXHIBIT A

 **Winter Sweet Clothing Co., LTD**
17 February 2026 . Payment

**−$32.98 USD**

**Paid with**

"PPPurchase"
Wise Card
(VISA Prepaid Card ▮▮▮▮▮)
You'll see "PAYPAL
*WINTERSWEETXAZC" on
your card statement.

$32.98 USD

**Shipped to**

Burke Michelle
111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Click here to see shipment information**

**Shipment details**

**Click here to see shipment details**

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

SF6047317550282
9 March 2026, Sent by MANUAL
Status: Shipped

**Have you received this order?**

SF6047317550282
9 March 2026, Sent by MANUAL
Status: Shipped

**Transaction ID**

9US77414SN7903705

**Seller info**

Winter Sweet Clothing Co., LTD
**service@zhuoda.work**

**Invoice ID**

1973888-UR00028922

**Order summary**

 Retro Mushroom Art Print
T-shirt / muilticolor-S
Product ID: 149-240711-
a41-MT00713SM9-
muilticolor-S

$21.99 USD

| | |
|---|---|
| Shipping | **$10.99 USD** |
| Total | **$32.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **16 August 2026**. You may be
**eligible for purchase protection**

# EXHIBIT B

**016 urlinen**

🎁 Free gift on orders over $69.00 ✈ FREE SHIPPING OVER $79.00

URLINEN    English ⌄    🇺🇸 USD ⌄    👤    🛒

New In    🔥 Hot Sale    Shirt    🍄 Valentine's Day    Sweater    Animals    T-Shirt    Bottoms    Tops    COTTON&LINEN    Blazer    More links



## Retro Mushroom Art Print T-shirt

**$21.99**

💠 Buy 2 items and save 5% off
  Buy 4 items and save 10% off
  Buy 6 items and save 20% off

🎁 Spend $69 to get 1 free gift(s)    ›

**Color:** multicolor

multicolor

**Size:** S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

**Quantity**

−  1  +

Add to cart  -  $21.99

PayPal

### Shipping  ⌃

Worldwide Shipping

| Processing time | Shipping Method | Shipping Time | Shipping Fee |
| --- | --- | --- | --- |
| 3-5 business days | Standard | 10-15 business days | $10.99 |
| | Priority Shipping | 9-12 business days | $19.99 |

Free gift on orders over $69.00

Free shipping on orders over $79.00

### Description  ⌃

**Product Details:**
Product ID:MT00713SM9

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**Fit
**Shirt Length:** Regular
**Sleeves Length:** short sleeve
**Collar:** Round Collar
**Material:** Mixed Cotton
**Material Stretch:**Middle Stretch
**Pattern Type:**
**Weight:** 0.1900kg
**Package:** 1 x T-shirt

| Size Guide For Women | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SIZE | UK | US | EUR | Length | | Chest | |
| | | | | cm | inch | cm | inch |
| S | 8-10 | 4-6 | 34-36 | 69 | 27 | 104 | 41 |
| M | 12-14 | 8-10 | 38-40 | 70 | 28 | 109 | 43 |
| L | 16 | 12 | 42-44 | 71 | 28 | 114 | 45 |
| XL | 18 | 14 | 46 | 72 | 28 | 121 | 48 |
| 2XL | 20 | 16-18 | 48 | 73 | 29 | 128 | 50 |
| 3XL | 26 | 20-22 | 50-52 | 74 | 29 | 138 | 54 |
| 4XL | 30 | 24 | 54 | 75 | 30 | 148 | 58 |
| 5XL | 38 | 32 | 60 | 76 | 30 | 168 | 66 |

| Size Guide For Men | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SIZE | UK | US | EUR | Length | | Chest | |
| | | | | cm | inch | cm | inch |
| S | 36 | 36-37 | 46 | 69 | 27 | 104 | 41 |
| M | 40 | 39-40 | 50 | 70 | 28 | 109 | 43 |
| L | 42 | 42 | 52 | 71 | 28 | 114 | 45 |
| XL | 44 | 44 | 54-56 | 72 | 28 | 121 | 48 |
| 2XL | 46-48 | 46-48 | 58 | 73 | 29 | 128 | 50 |
| 3XL | 52 | 52 | 62 | 74 | 29 | 138 | 54 |
| 4XL | 56 | 56 | 64 | 75 | 30 | 148 | 58 |
| 5XL | 64 | 64 | 72 | 76 | 30 | 168 | 66 |



**About Urlinen**

About us

Brand Story

OUR MATERIAL

**HELP&SUPPORT**

Contact us

Fabric Information

FAQ

Payment Method

Privacy Policy

Return Policy

Shipping Policy

Terms Of Service

**Get in touch**

Email us :
service@urlinen.com

Live chat

**We accept**

© 2026 urlinen

Case: 1:26-cv-02297 Document #: 35-2 Filed: 07/23/26 Page 13 of 23 PageID #:180



Case: 1:26-cv-02297 Document #: 35-2 Filed: 07/23/26 Page 14 of 23 PageID #:181



Case: 1:26-cv-02297 Document #: 35-2 Filed: 07/23/26 Page 15 of 23 PageID #:182



🎁 Free gift on orders over $69.00 ✈ FREE SHIPPING OVER $79.00

URLINEN

New In    🔥 Hot Sale    Shirt    💐 Valentine's Day    Sweater    Animals    More links

# Contact us

If you have any questions or concerns, please do not hesitate to get in touch with us.

We'd love to hear from you, contact us at:

Service email: service@urlinen.com

Lancdon Company Limited
141-142 Lower Marsh Road, Waterloo, SE1 7EA, London, United Kingdom
(This is not a returning address)



**About Urlinen**

About us

Brand Story

OUR MATERIAL

**HELP&SUPPORT**

Contact us

Fabric Information

FAQ

Payment Method

Privacy Policy

Return Policy

Shipping Policy

Terms Of Service

**Get in touch**

✉ Email us :
service@urlinen.com

💬 Live chat

**We accept**

© 2026 urlinen



**PayPal**   KF                                                      **$21.99**

Ship to ▆▆▆▆▆▆▆▆▆                                          **Change**

1111 W 35TH ST, 15TH FLOOR, CHICAGO, IL 60609-1404

▆▆▆▆▆▆

## Pay with

▆▆▆▆▆▆▆▆▆▆                                              $21.99

Debit •••● ▆▆▆▆   [ Preferred ]

Card issuer fees not yet included.

+ **Add credit or debit card**

---

### Complete Purchase

PayPal Pte Ltd is (i) licensed by the Monetary Authority of Singapore as a Major Payment Institution under the Payment Services Act 2019 and (ii) regulated by the

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Cancel and return to Winter Sweet Clothing Co., LTD**

**URLINEN**

Express checkout

PayPal

OR

Contact

Already have an account? Login

Email

☑ Email me with news and offers

## Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name

Last Name
Deda

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

🇺🇸

☑ Save this information for next time.

## Shipping method

⦿ Standard(10-15 Business Days) — $10.99

○ Priority (9-12 business days) — $19.99

## Payment method

All transactions are secure and encrypted.

○ G Pay Google Pay — G Pay

○ Credit & Debit Card — VISA ●●

○ Credit & Debit Card — VISA ●● AMEX +5

⦿ P PayPal

After clicking "Complete order", you will be redirected to PayPal to complete your purchase securely.

[ Complete Order ]

VISA  Mastercard  JCB  AMEX  DISCOVER  Diners  Maestro  UnionPay  PayPal  Mastercard  VISA
Apple Pay  G Pay



| | Retro Mushroom Art Print T-shirt | $21.99 |
|---|---|---|
| | Color: multicolor | |
| | Size: S | |

Gift Card / Coupon Code  [ Apply ]

Subtotal — $21.99

🚚 Shipping — + $10.99

Total: — USD **$32.98**

# EXHIBIT C

**Summary of the Eleven PayPal Payment Accounts Held by 静 唐 (Jing Tang)**

| No. | Statement Name | PayPal Account Number | Account Email | PayPal Linking Selector |
|---|---|---|---|---|
| 1 | MAGICMATRIX | 4814003091086889019 | bellesmg@outlook.com | service@zhuoda.work |
| 2 | MAGICMATRIX | 4829250756890111620 | goodclothmg@outlook.com | service@zhuoda.work |
| 3 | MAGICMATRIX | 5568637679472273369 | mgcloth@outlook.com | service@zhuoda.work |
| 4 | MAGICMATRIX | 5605460382534657183 | happydaymg@outlook.com | service@zhuoda.work |
| 5 | MAGICMATRIX | 5608269407787396845 | fashionsmg@outlook.com | service@zhuoda.work |
| 6 | MAGICMATRIX | 5609145373434819609 | excitedmg@outlook.com | service@zhuoda.work |
| 7 | MAGICMATRIX | 5613148398520340709 | coolwaremg@outlook.com | service@zhuoda.work |
| 8 | MAGICMATRIX | 5619307003249283930 | stylesmg@outlook.com | service@zhuoda.work |
| 9 | WINTERSWEET | 4835570778797577690 | gloriousws@outlook.com | service@zhuoda.work |
| 10 | WINTERSWEET | 5574114702994096685 | beautws@outlook.com | service@zhuoda.work |
| 11 | WINTERSWEET | 5613325641182363494 | flowerws@outlook.com | service@zhuoda.work |

This Exhibit summarizes the pertinent information from the PayPal know-your-customer records produced under this Court's order [16]. Each of the eleven accounts is held by the same account holder, 静 唐 (Jing Tang), and is registered under its own email address in a common pattern ("…mg@outlook.com" for the eight MAGICMATRIX accounts and "…ws@outlook.com" for the three WINTERSWEET accounts). In the account-linking mapping PayPal produced, all eleven accounts are linked under the common selector service@zhuoda.work — the seller-contact email shown on the urlinen.com test-purchase receipt (Exhibit A). The underlying account-record files contain personally identifying information and are not attached in full; they are available to be lodged with the Court for its review.

# EXHIBIT D



⊕ Parcels                  ★ PARCELS PRO   ✈ COURIERS   API ▾   CONTACTS   ⊕ ENGLISH ▾

# Global Package Tracking

Track USPS, Canada Post, Royal Mail, DHL, China Post, Fedex, UPS, Amazon, Deutsche Post, AliExpress, Wish, Shopee

| SF6047317550282 | 🔍 TRACK PACKAGE |
|---|---|

SF6047317550282 ✖

## Download
### Extension for Mac (Free)

**Only 2 Steps**

⚙ Click **"Download"**

⬇ Add Privacy Shield - for Chrome

🌐 Privacy Shield

ⓘ

Add package title

| | | | |
|---|---|---|---|
| 19 Mar 2026 20:33 | ● | Your express has been delivered<br>Chicago, Illinois, United States | 🔲 SF-EXPRESS |
| 19 Mar 2026 20:33 | ● | Delivered<br>Chicago, IL | — SPEEDX |
| 19 Mar 2026 05:29 | ● | Out for delivery<br>Chicago, Illinois, United States | 🔲 SF-EXPRESS |
| 19 Mar 2026 05:29 | ● | Out for Delivery<br>Chicago, IL | — SPEEDX |
| 18 Mar 2026 10:38 | ● | Shipment in transit. Thanks for your waiting<br>Arlington Heights, Illinois, United States | 🔲 SF-EXPRESS |
| 18 Mar 2026 10:38 | ● | Processing at Designated Facility<br>Arlington Heights, IL | — SPEEDX |
| 16 Mar 2026 10:58 | ● | Failed to deliver the shipment due to failure to get to the receiver's address. We're trying to contact the receiver for a second delivery<br>Chicago, Illinois, United States | 🔲 SF-EXPRESS |
| 16 Mar 2026 10:58 | ● | Attempted Delivery: No access<br>Chicago, IL | — SPEEDX |
| 16 Mar 2026 06:10 | ● | Out for delivery<br>Chicago, Illinois, United States | 🔲 SF-EXPRESS |

| | |
|---|---|
| Tracking number | SF6047317550282 |
| Origin | 🇨🇳 China |
| Destination | 🇺🇸 United States |
| Next tracking numbers | SPXORD109100533275 |
| Found in | SF-Express  SpeedX |
| Tracked with couriers | SF-Express  DHLink  SpeedX  GlobalEco  4PX Express  Cainiao |
| Days in transit | 29 |

🔗 Tracking link

| https://parcelsapp.com/en/tracking/SF604731; | 📋 |
|---|---|

*Bookmark this page to track parcels faster!*

| 🟢 Share to WhatsApp | › |
|---|---|
| 🟣 Share to Viber | › |
| 🔵 Share to Telegram | › |

🔗 Track with official websites

| SF SF-Express | SpeedX SpeedX |
|---|---|

Captured by FireShot Pro: 09 July 2026, 04:06:34 PM
https://getfireshot.com

Page 2
Universal Parcel Tracking - Global Package Tracking
https://parcelsapp.com/en/tracking/SF6047317550282

─ SPEEDX

**16 Mar 2026**
06:10

Out for Delivery
Chicago, IL

▣ SF-EXPRESS

**15 Mar 2026**
09:58

Failed to deliver the package because of weekends or holidays. We will set up a second delivery on a weekday.
Chicago, Illinois, United States

─ SPEEDX

**15 Mar 2026**
09:58

Attempted Delivery:Building Closed/Weekend/Holiday
Chicago, IL

▣ SF-EXPRESS

**15 Mar 2026**
05:10

Out for delivery
Chicago, Illinois, United States

─ SPEEDX

**15 Mar 2026**
05:10

Out for Delivery
Chicago, IL

▣ SF-EXPRESS

**14 Mar 2026**
08:30

Shipment has arrived at the station and unloading
Chicago, Illinois, United States

▣ SF-EXPRESS

**14 Mar 2026**
07:30

Shipment in transit. Thanks for your waiting
Arlington Heights, Illinois, United States

─ SPEEDX

**14 Mar 2026**
07:30

Processing at Designated Facility
Arlington Heights, IL

▣ SF-EXPRESS

**12 Mar 2026**
17:01

Shipment loaded, prepare to send to next station
Us Chicago service station, Chicago, Illinois, United States

▣ SF-EXPRESS

**12 Mar 2026**
11:32

Shipment has arrived at the station and unloading
Us Chicago service station, Chicago, Illinois, United States

▣ SF-EXPRESS

**12 Mar 2026**
11:32

Shipment has arrived at the station and unloading
Us Chicago service station, Chicago, Illinois, United States

▣ SF-EXPRESS

**12 Mar 2026**
11:12

Under customs clearance, please wait patiently
Us Chicago service station, Chicago, Illinois, United States

▣ SF-EXPRESS

**11 Mar 2026**
22:10

Flight arrival scan
Chicago, Illinois, United States

▣ SF-EXPRESS

**11 Mar 2026**
20:21

Flight departure scan
Shanghai Pudong Airport Port,Shanghai,Shanghai,CN

▣ SF-EXPRESS

**11 Mar 2026**
10:13

customs clearance
Us Chicago gateway

▣ SF-EXPRESS

**10 Mar 2026**
17:09

Shipment loaded, prepare to send to next station
Shanghai Pudong Airport Port,Shanghai,Shanghai,CN

▣ SF-EXPRESS

**10 Mar 2026**
16:44

Shipment has arrived at the station and unloading
Shanghai Pudong Airport Port,Shanghai,Shanghai,CN

▣ SF-EXPRESS

**10 Mar 2026**
16:38

Under customs clearance, please wait patiently
Shanghai Pudong Airport Port,Shanghai,Shanghai,CN

▣ SF-EXPRESS

**10 Mar 2026**
13:52

Shipment loaded, prepare to send to next station
Shanghai Pudong Airlines station,Shanghai,Shanghai,CN

▣ SF-EXPRESS

**10 Mar 2026**
13:45

Shipment has arrived at the station and unloading
Shanghai Pudong Airlines station,Shanghai,Shanghai,CN

Captured by FireShot Pro: 09 July 2026, 04:06:34 PM
https://getfireshot.com



| | | SF-EXPRESS |
|---|---|---|
| 10 Mar 2026 10:34 | Flight arrival scan Shanghai Pudong Airlines station,Shanghai,Shanghai,CN | |
| 10 Mar 2026 08:46 | Flight departure scan Zhuhai Sanzao aviation station,Zhuhai,Guangdong,CN | |
| 10 Mar 2026 08:44 | Flight departure scan Zhuhai Sanzao aviation station,Zhuhai,Guangdong,CN | |
| 10 Mar 2026 08:14 | Shipment loaded, prepare to send to next station Zhuhai Sanzao aviation station,Zhuhai,Guangdong,CN | |
| 10 Mar 2026 06:28 | Shipment has arrived at the station and unloading Zhuhai Sanzao aviation station,Zhuhai,Guangdong,CN | |
| 10 Mar 2026 04:04 | Shipment loaded, prepare to send to next station Dongguan International bag operation center,Dongguan,Guangdong,CN | |
| 09 Mar 2026 21:53 | Operation center Weighing Dongguan International bag operation center | |
| 09 Mar 2026 21:53 | Shipment has arrived at the station and unloading Dongguan International bag operation center,Dongguan,Guangdong,CN | |
| 09 Mar 2026 15:55 | Shipment loaded, prepare to send to next station Shenzhen,Guangdong,CN | |
| 09 Mar 2026 15:52 | Quick Pickup Shenzhen, Guangdong, CN | |
| 09 Mar 2026 08:53 | Shipping Label Created Arlington Heights, IL | SPEEDX |
| 17 Feb 2026 20:33 | Order information has been received and ready for pickup CN | |

## Track any package, freight and shipment

Having bought in the online store always want to know where the package is now? To save time checking the sites of postal companies manually, I created "Parcels" website and mobile apps which will automatically check every relevant postal, courier and logistics company website on your behalf.

To find out where your parcel is, you need to know only tracking number of your package.

## What is a tracking number?

Tracking number or tracking code is a unique number assigned to each package, which allows you to monitor the movement of the parcel between the countries or even inside one country.

Tracking numbers can be international or traceable only within the country of the sender.

The tracking number in the format of the Universal Postal Union looks like RA123456789CN, where the first 2 letters are the type of package and the last 2 letters are the code of the country of origin. Packages with such numbers can be tracked right until delivery.

Other shipments can be delivered by courier, transport and logistics companies, and how tracking codes look can vary a lot: CTAFT0000160477YQ, UPAAB000000251682107, AEL10105033654UA, SGADN143797855. Such packages are not always trackable in the recipient's country, and you'll have to wait for notification from the Post Office or a call from a courier company.

Captured by FireShot Pro: 09 July 2026, 04:06:34 PM
https://getfireshot.com