**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cecilia Granata

                      Plaintiff,

v.                                   Case No.:
                                   1:26–cv–02297

                                   Honorable Manish
                                   S. Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Defendant Hippie Witch's motion for an extension of time [20] is granted. Defendant Hippie Witch (assuming it has been properly served) has until 8/24/26 to respond to the complaint. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.