**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CECILIA GRANATA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-02297

Judge Manish S. Shah

Magistrate Judge Maria Valdez

**PLAINTIFF'S STATUS REPORT PURSUANT TO ORDER [38]**

Pursuant to the Court's Memorandum Opinion and Order [38], Plaintiff, Cecilia Granata ("Plaintiff"), submits this status report. In that Order, the Court denied the motion to dismiss filed by Defendant No. 16 urlinen (Magic Matrix Technology, Co.) [31], directed Magic Matrix to answer by November 2, 2026, and ordered the parties to propose a case schedule in a joint status report due today, with Plaintiff to report on the status of the remaining defendants. [38] at 10–11.

No joint report or case schedule is needed. On October 22, 2026, following the Court's ruling, Plaintiff voluntarily dismissed Defendant No. 16 urlinen with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). [39]; [40]. Magic Matrix was the only defendant actively litigating this case. With it gone, there is no opposing party with which to confer.

The only other appearing defendant, Defendant No. 6 hippiewitch.shop, appeared *pro se*. [20]. Plaintiff has since voluntarily dismissed Defendant No. 6 without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). [42].

Before moving for entry of default and default judgment under Federal Rule of Civil Procedure 55 against the remaining non-appearing defendants, Plaintiff will renew its request for leave to serve them by electronic means. Plaintiff's original motion [11]; [12] was filed before the

Seventh Circuit decided *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026), and it did not document a reasonably diligent search for each defendant's address. Plaintiff has now begun that search and respectfully asks for until December 16, 2026, to file a renewed motion for leave to serve by electronic means, supported by declarations detailing the search, or an additional status report. Plaintiff will then move for entry of default and default judgment twenty-one days after service is complete.

DATED: November 9, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 9, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt